AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**KEVIN EUGENE EATON**
**PDID: XXX-XXX**
**DOB: XX/XX/82**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **MAY 4, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded .9mm Berreta handgun and ammunition.**

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER JOHN KNUTSEN** and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JOHN KNUTSEN**
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

_____ at     **Washington, D.C.**
Date                                          City and State

_____         _____
**Name & Title of Judicial Officer**         **Signature of Judicial Officer**