## **STATEMENT OF FACTS**

On Thursday, May 4, 2006, at about 12: a.m., sworn officers with the Metropolitan Police Department's Seventh District Rapid Repsonse Unit were in the 800 Block of Barnaby Street, S.E., Washington, D.C. Officers observed the defendant, Kevin Eaton, leaning on a vehicle, bearing District of Columbia tags CM4002, with an open container of alcohol. As the officers approached the defendant, he tried to get inside of the vehicle. Officers apprehended the defendant, he was placed under arrest and a search incident to arrest was conducted on the car that defendant was leaning on. Officers searched the vehicle and recovered a loaded handgun in driver's door pocket. The gun is a Beretta .9mm semi-automatic . It had 16 live .9mm rounds in the magazine. Officers ran a wales check on the vehicle and it is registered to the defendant, Kevin Eaton.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the Beretta handgun nor the ammunition in it was manufactured in the District of Columbia.

_____
OFFICER JOHN KNUTSEN
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF MAY, 2006

_____
U.S. MAGISTRATE JUDGE